IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EBONY P. HOWARD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13-cv-02851-SHL-tmp |
| ) | |
| ITT FEDERAL SERVICES ) | |
| INTERNATIONAL CORPORATION, ) | |
|     Defendant. ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION; DENYING
PLAINTIFF'S MOTION FOR LEAVE TO FILE APPEAL IN FORMA PAUPERIS**

Before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Leave to Appeal *in Forma Pauperis*. (ECF No. 32.) In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* (ECF No. 30) be denied because an appeal would not be taken in good faith. Plaintiff did not file objections to the Report and Recommendation within the time required by Federal Rule of Civil Procedure 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 32) in its entirety.

Accordingly, Plaintiff's Motion for Leave to Appeal *in Forma Pauperis* (ECF No. 30) is DENIED and Howard must pay the full appellate filing fee or file a motion to proceed *in forma*

*pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals within thirty days from the date this order is entered.

**IT IS SO ORDERED,** this 22nd day of December, 2014.

/s/ Sheryl H. Lipman
SHERYL H. LIPMAN
U.S. DISTRICT COURT JUDGE